COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Trestan Jemal Prescott v. The State of Texas

Appellate case number:   01-13-00989-CR

Trial court case number:   1372308

Trial court:             230th District Court of Harris County

Appellant's motion filed January 3, 2014 requesting the Court to order a supplemental clerk's record containing the Presentence Investigation Report is **denied**. Appellant's request fails to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 10. Further, appellant is entitled to supplement the clerk's record without an order from this Court. *See* TEX. R. APP. P. 34.5(c).

It is so ORDERED.

Judge's signature:   /s/ Harvey Brown
                     X  Acting individually    ☐ Acting for the Court

Date: January 14, 2014